IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHAWN YANKEY, )
 )
        Petitioner, )
 )
vs. ) Civil No. 18-cv-1672-CJP[1]
 )
COMMISSIONER OF SOCIAL )
SECURITY, )
 )
        Respondent. )

## MEMORANDUM AND ORDER

Plaintiff has filed a stipulation of dismissal, signed by both parties. (Doc. 16).

Pursuant to Fed.R.Civ.P. 41(a)((1)(A)(ii), this cause of action is dismissed without prejudice.

The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

**DATE: December 19, 2018.**

                                              **s/ Clifford J. Proud**
                                              **CLIFFORD J. PROUD**
                                              **UNITED STATES MAGISTRATE JUDGE**

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c). See, Doc. 12.